Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Ani Avetisyan (SBN 266679)
ani@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**WAYNE WEATHERSPOON**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE WEATHERSPOON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BENON AND STANMAN SOUTHGATE PARTNERSHIP, a general partnership; 2310 FIRESTONE BLVD. CARL'S JR., a business of unknown form; and Does 1-10,<br><br>Defendants. | CASE NO.:  2:21-cv-01951-RGK-AFM<br><br>**NOTICE OF SETTLEMENT**<br><br>The Hon. R. Gary Klausner<br>Trial Date:  Not on Calendar |

    Plaintiff hereby notifies the court that a confidential settlement has been reached in the above-captioned case and would like to avoid any additional expense, and further the interests of judicial economy.

1
NOTICE OF SETTLEMENT

Plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that a Dismissal with prejudice as to all parties will be filed within 60 days. Plaintiff further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

DATED: April 7, 2021           THE LAW OFFICE OF HAKIMI & SHAHRIARI

By: */s/Anoush Hakimi*
Anoush Hakimi, Esq.
Attorneys for Plaintiff, Wayne Weatherspoon