| | |
|---|---|
| 1 | Anoush Hakimi (SBN 228858) |
| 2 | anoush@handslawgroup.com |
| 3 | Peter Shahriari (SBN 237074) |
|   | peter@handslawgroup.com |
| 4 | Laura Steven (SBN 332168) |
| 5 | laura@handslawgroup.com |
|   | **THE LAW OFFICE OF HAKIMI &** |
| 6 | **SHAHRIARI** |
| 7 | 1800 Vine Street, |
|   | Los Angeles, CA 90028 |
| 8 | |
|   | Telephone: (888) 635-2250 |
| 9 | Facsimile: (213) 402 - 2170 |
| 10 | Attorneys for Plaintiff, |
|    | **WAYNE WEATHERSPOON** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE WEATHERSPOON, an individual, | Case No.: 2:21-cv-01951-RGK-AFM |
| Plaintiff, | |
| v. | **PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** |
| BENON AND STANMAN SOUTHGATE PARTNERSHIP, a general partnership; 2310 FIRESTONE BLVD. CARL'S JR., a business of unknown form; and Does 1-10, | [Fed. R. Civ. P. Rule 41(a)(2)] |
| Defendants. | |

Plaintiff Wayne Weatherspoon requests that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendants Benon and Stanman Southgate Partnership, and 2310 Firestone Blvd Carl's Jr., from Plaintiff's Complaint, Case Number 2:21-cv-01951-RGK-AFM.

PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

1  The parties herein reached settlement of the present action. Each party will be
2  responsible for their own fees and costs.
3
4  Dated: April 30, 2021          **THE LAW OFFICE OF HAKIMI &**
5                                 **SHAHRIARI**
6
7
8
9                                 By: /s/Peter Shahriari
                                       Peter Shahriari, Esq.
10                                     Attorneys for Plaintiff, Wayne
                                       Weatherspoon

PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS