JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE WEATHERSPOON, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BENON AND STANMAN SOUTHGATE PARTNERSHIP, a general partnership; 2310 FIRESTONE BLVD. CARL'S JR., a business of unknown form; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:21-cv-01951-RGK-AFM<br><br>*Hon. R. Gary Klausner*<br><br>~~XXXXXXXXX~~ [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE [21]<br><br>Action Filed: March 3, 2021<br>Trial Date:　 Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Wayne Weatherspoon's action against Defendants Benon and Stanman Southgate Partnership, and 2310 Firestone Blvd Carl's Jr. is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: May 4, 2021

*Gary Klausner*
Hon. R. Gary Klausner
United States District Judge